AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| RONALD CUPP<br>ELIAS STAVRINIDES<br><br>*Plaintiff(s)*<br>v.<br>KATIE STRALEY<br>COUNTY OF SONOMA<br>DOES 1-20<br><br>*Defendant(s)* | Civil Action No. CV 15 1565 |

FILED
2015 APR 10 P 2:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
LB

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KATIE STRALEY
COUNTY OF SONOMA
DOES 1-20

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RONALD CUPP, 150 RALEY TOWN CENTER, STE 2512, ROHNERT PARK, CA 94928
ELIAS STAVRINIDES, 11041 MAIN ST, STE 511238, PENNGROVE, CA 94951

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ~~04/08/2015~~ 4/6/15

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV 15-1565

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **County of Sonoma**
was received by me on *(date)* **4/6/2015**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **MELODY MATON**, who is designated by law to accept service of process on behalf of *(name of organization)* **County of Sonoma** on *(date)* **4/6/2015**; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ **N/C** for travel and $ **N/C** for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **April 6, 2015**

*Server's signature*

**MARK T. ANDREWS Reg Process Server**
*Printed name and title* Sonoma CA
P-524

**3436 c Mendocino Ave Santa Rosa CA 95403**
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED
APR 0 6 2015
BOARD OF SUPERVISORS
COUNTY OF SONOMA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV15-1565

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* KATIE STRALEY
was received by me on *(date)* 4/6/2015

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* ALAN TUPMAN , who is designated by law to accept service of process on behalf of *(name of organization)* SONOMA Co SHERIFF'S Dept. on *(date)* 4/6/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ N/C for travel and $ N/C for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 4/6/15

*Server's signature*

MARK T ANDREWS Reg. Pro. Serv.
*Printed name and title* SONOMA Co. P-521

3436c MENDOCINO AVE SANTA ROSA C
*Server's address* 95403

Additional information regarding attempted service, etc:


RECEIVED APR 06 2015 SHERIFF'S DEPARTMENT SONOMA COUNTY

Ronald Lupp
150 Raley Town Center Ste. 2512
Rohnert Park, California 94928

CLERK
US DISTRICT COURT
450 GOLDEN GATE 16TH Fl
San Francisco, CA

