IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP and ELIAS STAVRINIDES,<br><br>    Plaintiffs,<br><br>  v.<br><br>KATIE STRALEY, COUNTY OF SONOMA, DOES 1-20,<br><br>    Defendants.<br>_____/ | No. C15-01565 JSW<br><br>**SUA SPONTE ORDER OF REFERRAL** |

    Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge James Donato to determine whether it is related to *Federal National Mortgage Association v. Cupp*, Case No. 14-1597 JD. The hearing set for June 26, 2015 at 9:00 a.m. is HEREBY VACATED and shall be reset, if necessary, by further order of the Court.

    **IT IS SO ORDERED.**

Dated: June 8, 2015

                                             JEFFREY S. WHITE<br>
                                             UNITED STATES DISTRICT JUDGE