UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD CUPP, et al.,

    Plaintiffs,

    v.

KATIE STRALEY, et al.,

    Defendants.

Case No. 15-cv-01565-JD

**ORDER VACATING HEARINGS**

Pursuant to Civil Local Rule 7-1(b), the Court finds that defendants' motion to dismiss, Dkt. No. 7, is appropriate for disposition without oral argument and vacates the hearing set for July 8, 2015. In light of the parties' agreement that the motion should be decided before dates are set, the Court also vacates the case management conference set for the same date.

**IT IS SO ORDERED.**

Dated: July 6, 2015

_____
JAMES DONATO
United States District Judge