```
 1  Ronald Cupp
    150 Raley Town Center Ste 2512
 2  Rohnert Park, California [94928]
    Telephone: (707) 318-9929
 3  ronc2009@gmail.com

 4  Elias Stavrinides
    11041 Main Street Ste 511238
 5  Penngrove, California [94951]
    Telephone (707) 483-7689
 6  punchdrunk76@gmail.com
```

FILED
JUL 20 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp,<br>Elias Stavrinides;<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>KATIE STRALEY;<br>COUNTY OF SONOMA;<br>DOES 1 through 20;<br><br>　　　　Defendants. | CASE NO: 3:15-cv-01565 JD<br><br>MOTION FOR PERMISSION FOR<br>ELECTRONIC CASE FILING<br><br>Case Filed: April 6, 2015<br>Trial date: Not set |

　　　As the Plaintiff in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

　　　1. I have reviewed the requirements for e-filing and agree to abide by them.

　　　2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.

　　　3. I have marked with an X below regular access to the technical requirements necessary to e-file successfully:

　　　X　　A computer with internet access;

　　　X　　An email account on a daily basis to receive notifications from the Court and
　　　　　　notices from the e-filing system.

---

MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING　　　　　　　　　　　　　　　　Page 1

| | |
|---|---|
| X | A scanner to convert documents that are only in paper format into electronic files; |
| X | A printer or copier to create to create required paper copies such as chambers copies; |
| X | A word-processing program to create documents; and |
| X | A pdf reader and a pdf writer to convert word processing documents into pdf format, the only electronic format in which documents can be e-filed. |

Dated: July 17, 2015

Respectfully submitted,

By: _____
Ronald Cupp
150 Raley Town Center, Ste. 252
Rohnert Park, CA 94928
Plaintiff In Pro Per