Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929
ronc2009@gmail.com

Elias Stavrinides
11041 Main Street Ste 511238
Penngrove, California [94951]
Telephone (707) 483-7689
punchdrunk76@gmail.com

JUL 20 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp,<br>Elias Stavrinides;<br><br>     Plaintiffs,<br><br>vs.<br><br>KATIE STRALEY;<br>COUNTY OF SONOMA;<br>DOES 1 through 20;<br><br>     Defendants. | ) CASE NO: 3:15-cv-01565 JD<br>)<br>) [PROPOSED] ORDER GRANTING<br>) MOTION FOR PERMISSION FOR<br>) ELECTRONIC CASE FILING<br>)<br>) DATE:<br>) TIME:<br>) COURTROOM:<br>)<br>)<br>) JUDGE: JAMES DONATO |

The Court has considered the Motion for Permission for Electronic Case Filing. Finding

that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED. DATED:

Dated: _____

By:_____
United States District Judge