UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD CUPP, et al., <br>     Plaintiffs, <br> v. <br> KATIE STRALEY, et al., <br>     Defendants. | Case No. 15-cv-01565-JD <br><br> **ORDER GRANTING PERMISSION FOR ELECTRONIC CASE FILING** <br> Re: Dkt. No. 37 |

Pro se plaintiff Ronald Cupp has requested permission to participate in electronic case filing ("ECF") in this case. As Mr. Cupp has stated that he has reviewed and agreed to the requirements for ECF and possesses the necessary technical requirements, the Court grants his request for permission to use ECF in this case.

**IT IS SO ORDERED.**

Dated: July 23, 2015

                                                                                               JAMES DONATO <br>
                                                                                              United States District Judge