Ronald Cupp
150 Raley Town Center Ste 2512
Rohnert Park, California [94928]
Telephone: (707) 318-9929
ronc2009@gmail.com

Elias Stavrinides
11041 Main Street Ste 511238
Penngrove, California [94951]
Telephone (707) 483-7689
punchdrunk76@gmail.com

FILED

NOV -9 2015

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ronald Cupp, <br> Elias Stavrinides; <br><br> Plaintiff, <br><br> vs. <br><br> KATIE STRALEY, <br> COUNTY OF SONOMA <br><br> Defendants. | CASE NO: 3:15-cv-01565 JD <br><br> **PLAINTIFF'S MOTION TO EXTEND TIME Fed.Civ.R 6(b)(B) FOR EXCUSABLE NEGLECT FOR TIME TO FILE NOTICE OF APPEAL** <br><br> Date: December 16, 2015 <br> Time: 10:00 am <br> Courtroom: 11, 19TH Floor <br> Judge: Hon James Donato |

Comes now, Plaintiffs timely to move this honorable court pursuant to Fed.Civ.R. 6(b)(B), Fed.Civ.R.7(b)[1], Plaintiff was to file their notice of appeal by September 10, 2015.

Plaintiffs are in Pro Se, and never received written or electronic notice of the Order by Hon. James Donato on August 10, 2015, granting Motion to Dismiss. Plaintiffs just recently discovered the Order by another party. Plaintiffs never received due process or had a opportunity to file their notice of Appeal of the Order. Plaintiffs will timely do so now.

---

[1] Rule 6. Computing and Extending Time; Time for Motion Papers
(b) Extending Time.

(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

1   Attached hereto and incorporated herein by reference is a brief in support of this motion
2   to extend time, with a detailed prayer for specific relief request.

/S/ Ronald Cupp
Ronald Cupp, Plaintiff Pro Se
150 Raley Town Center Ste 2512
Rohnert Park, California
707-318-9929

Elias Stavrinides, Plaintiff Pro Se
11041 Main Street Ste 511238
Penngrove, California
707-483-7689

### PLAINTIFF'S MOTION TO EXTEND TIME
### NOTICE OF HEARING
Fed.Civ. R.7

Unless this court deems, otherwise this hearing date for said Motion will be set for hearing on Wednesday, December 16, 2015 at 9 am and a response hereto will be set for (10) days prior to hearing.

Ronald Cupp, Plaintiff Pro Se

Elias Stavrinides, Plaintiff Pro Se

### BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND TIME

Plaintiff timely brings this motion to extend time to file his Notice of Appeal as ordered by the court.

This Motion is timely, not meant to delay nor cause any prejudice or harm to another party.

---

PLAINTIFFS MOTION TO EXTEND TIME FOR EXCUSABLE NEGLECT                Page 2

## ARGUMENT IN LAW

Fed.Civ.R. 6(bF(B)) states:

Computing and Extending Time; Time for Motion Papers; (b) Extending Time; (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Plaintiffs just recently discovered by another party that an Order was issued in this case subjudice on August 10, 2015, Plaintiffs were not notified in writing or by electronic means of the Order and were not extended due process in order to file a notice of appeal.

## PRAYER

Plaintiff respectfully moves this Honorable Court to grant Plaintiff's Motion to Extend time for because of excusable neglect a "matter of law".

November 6, 2015                                   Respectfully Submitted;

                                                   Ronald Cupp, Plaintiff Pro Se

                                                   Elias Stavrinides, Plaintiff Pro Se

## PROOF OF SERVICE

The undersigned declares as follows:

I am a resident of the County of Sonoma, State of California, and at the time of service I was over 18 years of age and not a party to this action. My address is 925 Lakeville Street #186, Petaluma, California

On the Below Date, I served the following document (s) described as:

MOTION TO EXTEND TIME

I served the documents on the persons below, as follows:

Joshua A. Myers
Sonoma County Counsel's Office
575 Administration Drive, Room 105-A
Santa Rosa, CA 95403


__X__  (BY MAIL) I placed said document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, and placed such envelope in the United States mail at Sonoma County, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: November 6, 2015 at Santa Rosa, California.

Paul Southwick
(Type or Print Name of Declarant)                (Signature of Declarant)